170 A.3d 338

ALEXANDRA RODRIGUEZ, PLAINTIFF–CROSS–PETITIONER, v. WAL–MART STORES, INC., AND/OR WAL–MART STORES EAST, LP, AND/OR WAL–MART STORES EAST I, LP, DEFENDANTS–CROSS–RESPONDENTS.

September 11, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–004137–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted limited to the issue of petitioner's challenge to the trial court's admission of evidence of her prior medical history that was unrelated to the claimed injuries.